445 A.2d 196

Commonwealth v. Bakula, Appellant.

Submitted May 13, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

445 A.2d 196

Commonwealth v. Bradby, Appellant.

Petition for Allowance of Appeal Granted July 20, 1982.

Submitted February 18, 1981. Michael A. Klimpl, for appellant; Michael Kane, District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.